UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RYAN SANABRIA,<br><br>                                    Plaintiff,<br><br>         v.<br><br>IMPROVED DATA SERVICES, LLC,<br><br>                                    Defendants. | No. 22-CV-1578 (KMK)<br><br>ORDER |

KENNETH M. KARAS, District Judge:

Ryan Sanabria ("Plaintiff") brings this Action against Improved Data Services, LLC ("Defendant") alleging violations of the Fair Debt Collection Practices Act in conjunction with Defendant's efforts to collect a consumer debt from Plaintiff.  (*See generally* Compl. (Dkt. No. 1).)  Defendant has not answered or otherwise responded to the Complaint, and accordingly, on July 6, 2022, the Clerk of Court entered a Certificate of Default against Defendant.  (*See* Dkt. No. 19.)  However, to date, Plaintiff has failed to apply for the entry of a default judgment against Defendant.  (*See* Dkt.)

Plaintiff shall apply for the entry of s default judgment against Defendant in accordance with the Court's Individual Rules of Practice for Default Judgment Proceedings by no later than August 23, 2022, or risk dismissal of this Action for failure to prosecute.  *See, e.g.*, *Rios v. Zion Farm LLC*, No. 19-CV-4363, 2021 WL 2383026, at *1 (S.D.N.Y. June 9, 2021) (dismissing case for failure to prosecute where "[the] [p]laintiff was directed to move for a default judgment . . . or show cause why th[e] action should not be dismissed . . . for failure to prosecute" and "[the] [p]laintiff [took] no action").

SO ORDERED.

Dated: August 9, 2022
       White Plains, New York

_____
KENNETH M. KARAS
United States District Judge